UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                        Plaintiff

v.                                                                                        Criminal Action No. 3:19CR-206-RGJ

BOBBY LEE SMITH, ET AL.                                                                                        Defendants

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

An in-person status conference was held in this matter on January 15, 2020 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. The following counsel participated in the status conference:

For the United States: Rob Bonar and Lettricea Jefferson-Webb

For the Defendant(s): Theodore S. Shouse, CJA Appointed for Bobby Lee Smith who was present in person

Larry Simon, CJA Appointed for Cynthia Allen who was present in person.

The Court and counsel discussed the procedural posture of the case. Counsel for the United States stated that discovery in this case is voluminous. There are in excess of 25,000 documents at this point and there are seventy-three cell phones that have been sent out for extraction and review. Counsel are in the early stages of the process that is required by the Department of Justice in this potential capital case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)   The Court will grant [DE 18] motion to declare the case complex by separate order.

(2)     The **jury trial scheduled for January 28, 2020 is hereby remanded from the Court's docket.**

(3)     This matter is assigned for a further **status conference on June 17, 2020 at 1:30 p.m**. before Judge Rebecca Grady Jennings at the Gene Snyder United States Courthouse, Louisville, Kentucky.   Counsel may contact the Court's Deputy, Andrea Morgan via email at andrea_morgan@kywd.uscourts.gov to request a conference, if one is needed before the June 2020 date.

(4)     The Stage 1 Case Budget for defendant Smith is hereby **extended to January 29, 2020.**   Counsel are reminded to contact the Sixth Circuit Budgeting Attorney, Mr. Denny Alerding regarding the budget.

(5)     Pursuant to Title 28 U.S.C. § 636(b)(1)(A), this matter is **REFERRED** to **Magistrate Judge Colin H. Lindsay** for all administrative matters involving case budgeting in this case.   Said United States Magistrate judge is empowered and is authorized to conduct hearings and any other proceedings as necessary.

(6)     **IT IS FINALLY ORDERED** that the Defendant shall be **remanded to the custody** of the U.S. Marshal.

Copies to:     Counsel of record
               Probation Office
               Case Manager and Law Clerk for Magistrate Judge Colin H. Lindsay

Court Time:  00/20
Court Reporter: April Dowell