UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                           PLAINTIFF

vs.                                                            CRIMINAL ACTION NO. 3:19-CR-206-RGJ

BOBBY LEE SMITH                                                                    DEFENDANT

## MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION
## ELECTRONICALLY FILED

The United States of America moves the Court, pursuant to 18 U.S.C. § 4241, to hold a hearing to determine the mental competency of the defendant, Bobby Lee Smith, to stand trial. The United States further moves the Court, pursuant to 18 U.S.C. § 4241(b) and (c), to order that the defendant undergo prior to the hearing a psychiatric or psychological examination and that a report be filed with the Court consistent with the requirements of 18 U.S.C. § 4247(b) and (c).

As grounds for the motion, the United States submits that on August 1, 2023, counsel for the defendant provided counsel for the United States a "Forensic Evaluation" report regarding the defendant. The report had been prepared by a psychologist retained by the defense for purposes of preparing potential mitigation information to be presented to the Attorney General regarding the decision whether to seek the death penalty in this case. Solely based upon review of the report, counsel for the United States has reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Based on the serious nature of this case, the United States requests that the Court recommend that the psychiatric/psychological evaluation be performed at an appropriate Federal Medical Center.

WHEREFORE, the United States moves the Court to enter an order appointing a psychiatrist or psychologist to examine the defendant, Bobby Lee Smith, to determine if the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense in accordance with the provisions of Title 18, United States Code, Section 4241. The United States has not been informed by the defense that the defendant is asserting an insanity defense. Therefore, the United States is not requesting an examination for sanity at the time of the crime pursuant to 18 U.S.C. § 4242.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/Joseph Ansari
Robert Bonar
Joseph Ansari
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6253

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Defendant.

s/ Joseph Ansari
Joseph Ansari
Robert Bonar
Assistant United States Attorneys