UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:19-CR-00206-RGJ
(Electronically Filed)

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.

BOBBY LEE SMITH                                                                                      DEFENDANT

## MOTION FOR JAMES HEARING

\* \* \* \*   \* \* \* \*   \* \* \* \*

Comes the Defendant, by counsel, and respectfully moves this Honorable Court for a pretrial hearing pursuant to <u>Bourjaily v. United States,</u> 483 U.S. 171 (1987); <u>United States v. James,</u> 590 F.2d 575 (5th Circuit 1979); <u>United States v. Austin</u>, 786 F.2d 989 (10th Circuit 1986), if the government intends to introduce statements into evidence of any alleged co-conspirator indicted or unindicted against the defendant.

A memorandum of law in support of this motion is attached.

Respectfully submitted,

/s/ Wayne M. Adams
Co-Counsel for Defendant
The Law Office of Mac Adams
214 South 8th Street, Suite 201
Louisville, Kentucky 40202
(502) 694-0622
macrgr2002@gmail.com

and

1

/s/ Steven R. Romines
Co-Counsel for Defendant
Romines, Weis, and Young PSC
600 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 587-8822
sromines@rominesweisyoung.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically filed this document through the CM/EMF filing system, which will serve notice to counsel for the United States via electronic mail.

/s/Wayne M. Adams
Co-Counsel for Bobby Lee Smith