UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                 CRIMINAL NO. 3:19-CR-206-RGJ
                                                          *Electronically Filed*

BOBBY LEE SMITH, ET AL.                                         DEFENDANTS

| UNITED STATES OF AMERICA'S FIRST EXHIBIT LIST | | |
|---|---|---|
| EXH NO. | DESCRIPTION | BATES NO. |
| | Photo of A.P. | |
| | Certified Kentucky Uniform Police Traffic Collision Report dated November 27, 2012 | USA-090599-090604 |
| | Certified Personnel file for A.P. from Charter Communications | USA-089861-089968 |
| | Certified Personnel file for Cynthia Allen from Charter Communications | USA-089969-090030 |
| | Certified Facebook records for username Sin Hernandez | USA-026910-039253; 041143 |
| | Certified Facebook records for A.P. | USA-041472-045468; 041471 |
| | Certified T-Mobile subscriber records for telephone number 502-345-2030 | USA-002662-002668;USA024832-024842 |
| | Certified T-Mobile service records for telephone number 502-345-2030 | USA-002662-002668;USA024832-024842 |
| | Black Kyocera cellular phone Model S1360 seized from 9641 Lamborne Blvd., Apt. 3 – 1B85 | PHYSICAL |
| | Certified T-Mobile subscriber records associated with telephone number 502-851-6899 | USA-002677 |
| | Certified T-Mobile Call Detail Report associated with telephone number 502-851-6899 | USA-024877-024903 |
| | Certified T-Mobile subscriber records associated with telephone number 404-481-8999 | USA-048641-048658 |
| | Certified T-Mobile call detail report associated with telephone number 404-481-9000 | USA-048641-048658 |
| | Certified AT&T service records for telephone number 502-468-5562 | USA-000348-000587 |

|  | Certified court documents from 3:15-cr-00058 | **TBD** |
|---|---|---|
|  | Photos taken during the search of 9641 Lamborne Blvd., Apt. 3 | USA-046318-046498 |
|  | Handwritten note found seized from 9641 Lamborne Blvd., Apt. 3 | PHYSICAL |
|  | Names and phone numbers on yellow paper seized from 9641 Lamborne Blvd., Apt. 3 | PHYSICAL |
|  | Map of Creek Pointe Terrace | Demonstrative |
|  | Video of scene at 8901 Creek Way Court performed by the LMPD Crime Scene Unit | USA-000343 |
|  | Photographs of scene at 8901 Creek Way Court performed by the LMPD Crime Scene Unit | USA-000001-000117 |
|  | Crime Scene Unit photographs taken at CSU lab | USA-000118-000342 |
|  | Black colored LG brand flip phone, Model LG441G bearing serial number 601VTUQ275102, that was located under A.P.'s left leg on the east/west sidewalk | PHYSICAL |
|  | Multiple key rings with six various household keys, one vehicle key, one Dodge brand keyless entry remote, and one decorative tag with words "Florida Angelina" | PHYSICAL |
|  | Spent casing with headstamp TULAMMO 45 Auto located in the grass north of building 8901 Creek Way Court | PHYSICAL |
|  | One projectile located embedded in the ground north of building 8901 Creek Way Court | PHYSICAL |
|  | Wearable video surveillance from Sgt. C. Grider | USA-026904-026905 |
|  | Wearable video surveillance from Sgt. B. Jones | USA-102605-102607 |
|  | Medical Examiners photographs | USA-220550-020690 |
|  | Postmortem examination and final diagnosis for A.P. | USA-025226-025245 |
|  | Surveillance photos from August 14, 2019 | USA-002644-002646 |
|  | Photos taken during search of 10309 Riverburn Drive | USA-100852-100934 |
|  | White Samsung Galaxy Note 4 seized from the search of 10309 Riverburn Drive | PHYSICAL |
|  | Cellebrite extraction report from Samsung Galaxy Note 4 | USA-047314 |
|  | Device report for Black Kyocera cellular phone Model S1360 | USA-101726 |

| | | |
|---|---|---|
| | Photographed items from LG brand flip phone, Model LG441G bearing serial number 601VTUQ275102 | USA-047420-047494; USA-048825-0049269;USA-019834-020549 |
| | Interview of Bobby Smith dated November 21, 2019 | USA-Smith-000092; USA-Andrade-049376; USA-Allen-000114 |
| | Certified jail calls from Cynthia Allen | TBD |
| | Certified jail calls from Bobby Smith | TBD |
| | Lab report regarding latent print analysis | USA-088129-094979 |
| | Lab report regarding firearm examination | USA-087392-087422 |
| | Lab report regarding footwear analysis | USA-082872-082873 |
| | Lab report regarding DNA analysis | USA-047412-047419 |
| | Lab report regarding hair analysis | USA-088803-094979 |
| | Lab report regarding DNA analysis | USA-082744-082984; USA-084270-084533 |
| | Historical Cell Site Analysis for telephone number 502-468-5562 | Expert Disclosures |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

<u>s/Joseph Ansari</u>
Robert Bonar
Joseph Ansari
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6253

CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

      s/ Joseph Ansari
      Joseph Ansari
      Robert Bonar
      Assistant United States Attorneys